**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 351 WAL 2016

             Respondent         :

                              :    Petition for Allowance of Appeal from

                              :    the Order of the Superior Court

             v.                    :

                              :

                              :

LUZAY WATSON,                   :

                              :

             Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.